IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | )<br>)<br>)<br>) |  |
| VS. | ) | CR. NO. 04-20066-Ml |
| LEE MORROW<br>    Defendant. | )<br>)<br>)<br>) |  |

### ORDER ON CHANGE OF PLEA

   This cause came on to be heard on April 14, 2005, the United States Attorney for this district, Leonard Lucas, appearing for the Government and the defendant, Lee Morrow, appearing in person and with counsel, Lorna McClusky, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **WEDNESDAY, JULY 20, 2005, at 9:00 a.m., before Judge Jon Phipps McCalla.**

   Defendant is remanded to the custody of the U. S. Marshal.

   **ENTERED** this the 14 day of April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CR-20066 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT