IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 12 PM 12: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,          *

          Plaintiff,               *

                                   *

vs.                                *          No. 04-20066-M1

                                   *

LEE MORROW,                        *

          Defendant.               *

                                   *

## ORDER GRANTING GOVERNMENT'S MOTION
## TO CONTINUE SENTENCING

It is hereby ORDERED that the Government's motion to continue the sentencing of

defendant, Lee Morrow, currently set for September 21, 2005, is hereby GRANTED, and the

sentencing is hereby reset to *Nov.* *23*, 2005, at *11:30* .

DONE at Memphis, Tennessee, this *12* day of *Sept*, 2005.

_____
Jon P. McCalla
UNITED STATES DISTRICT JUDGE

APPROVED: _____

Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on  *9-12-05*  _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20066 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT